Abrams & Wofsy, Esqs.
255 Newark Avenue
Jersey City, New Jersey 07302
(201) 659-5500

|  |  | UNITED STATES DISTRICT COURT |
|---|---|---|
|  |  | DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-501(SRC) |
|  | : | CRIMINAL NO. 09-863 (SRC) |
| vs. | : |  |
|  | : | ORDER |
| PETER VENTRICELLI, | : |  |
|  | : |  |
| Defendant. | : |  |

This matter being opened to the Court by Abrams & Wofsy, Esqs., attorneys for defendant, Peter Ventricelli, Arthur J. Abrams, Esq. appearing in the presence of the United States attorney for the District of New Jersey, Assistant United States Attorney Leslie Faye Schawrtz appearing for an Order discharging real property located at 1708- Manhattan Avenue, Union City, New Jersey 07087 in the name of Rosalia Ventricelli as surety for defendant, Peter Ventricelli; in Instrument No. RG-062046-0000 recorded on August 6, 2009 and Instrument No. RG-063112-0000 recorded on December 3, 2009, so that the original mortgage on the property can be refinanced free and clear of the Government's lien and then re-recording the real property as surety immediately after the refinancing is complete and the United States attorney having no objection and good cause being shown:

IT IS on this **30** day of **July**, 2010

ORDERED that the real property in the name of Rosalia Ventricelli located at 1708- Manhattan Avenue, Union City, New Jersey 07087 and noted in Instrument No. RG-062046-0000 recorded in the United States District Court, case No. 09-CR-501, on August 6, 2009 and

Instrument No. RG-0663112-0000 recorded in the United States District Court, Case No. 09-CR-863, on December 3, 2009 be and is hereby discharged as surety for defendant Peter Ventricelli and

IT IS FURTHER ORDERED that Peter Ventricelli and Rosalia Ventricelli execute any and all documents with the Clerk of the United States District Court for the District of New Jersey to re-record the surety lien on the property at 1708 Manhattan Avenue, Union City, New Jersey 07087 within twenty-four hours of the completion of the mortgage refinancing on the aforementioned real property and in no event later than three weeks from the date this Order is entered.

Hon. Stanley R. Chesler
United States District Court Judge

I consent to the form and entry of the within Order

Leslie Faye Schwartz,
Assistant U.S. Attorney