19

Abrams & Wofsy
Attorneys for Defendant
255 Newark Avenue
Jersey City, New Jersey 07302
(201) 659-5500

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

............................ x

UNITED STATES OF AMERICA :

                        CRIM. NO. 09-863 (SRC)

                     :

vs.

                     :      ORDER MODIFYING BAIL

PETER VENTICELLI,

                     :

       Defendant.
............................ x

    This matter being opened to the Court by Abrams & Wofsy, Esqs., attorney for defendant, Peter Ventricelli, (Arthur J. Abram, Esq., appearing), in the presence of the United States Attorney for the District of New Jersey, (Assistant United States Attorney Leslie Faye Schwartz, appearing) for an Order modifying the previous "Order Setting Conditions of Release" in the above entitled criminal number to eliminate electronic monitoring of defendant Peter Ventricelli by Pretrial Services due to the fact that the defendant is currently being electronically monitored by the United States Probation Department as a condition of his sentence for Crim, No. 09-501 (SRC) and Pretrial Services having requested this elimination and the United States attorney having no objection thereto and good cause being shown;

    It is on this      day of September, 2010

    ORDERED that electronic monitoring for Crim. No. 09-863 (SRC) by Pretrial Services is hereby terminated at this time and;

IT IS FURTHER ORDERED that the United Stated Probation Department which is presently electronically monitoring defendant as part of his sentence on Crim. No. 09-501 (SRC) continue said monitoring and;

IT IS FURTHER ORDERED that all other conditions of release previously set by the court shall remain in effect.

_____
Hon. Stanley R. Chesler
United States District Court Judge

I hereby consent to the form and entry of the within Order:

_____
Arthur J. Abrams
Counsel for Defendant Peter Ventricelli

_____
Leslie Faye Schwartz
Assistant U.S. Attorney