UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :     Hon. Stanley R. Chesler

        v.                           :     Crim. No. 09-863

PETER VENTRICELLI,            :
MARK VENTRICELLI              :

## BAIL CONDITIONS ON SUPERCEDING INDICTMENT
## DENIAL OF ADJOURMENT

This matter having come before the Court on the arraignment of the above captioned defendants pursuant to the filing of a superceding indictment (09-863(SI)), entered on Monday May 2, 2011; with Paul J. Fishman, United States Attorney for the District of New Jersey (by V. Grady O'Malley, Senior Litigation Counsel) appearing, and also by the appearances of defendants' counsel, Arthur J. Abrams, Esq and Gerald D. Miller, Esq. for PETER VENTRICELLI and MARK VENTRICELLI respectively;

It is on this 3rd day of May, 2011 the ORDER of this Court that:

(1) The conditions of release, imposed on November 19, 2009, by the Hon. Patty Schwartz (Federal Magistrate Judge) for defendant Peter Ventricelli are hereby continued in all respects; and further,

(2) The conditions of release, imposed on November 20, 2009 by the Hon. Patty Schwartz (Federal Magistrate Judge), for

defendant Mark Ventricelli are hereby continued in all respects, with the following exception;

a) the secured lien on residential property located at 420 Adams Street, Hoboken, NJ, owned by Nicola and Julie Fucilli, that acted as surety for Mark Ventricelli's appearance bond is hereby **released** and **discharged**; and,

b) in place of the above surety property, with the consent of all parties, a $250,000 personal recognizance bond is imposed on Mark Ventricelli; and further,

c) arguments having been heard from all parties regarding a 30 day adjournment by the defense of the May 10, 2011 trial date; said Application is hereby **denied**.

So **ORDERED**

_____
HON.  Stanley R. Chesler
United States District Judge