```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA     :      Hon. Stanley R. Chesler

            v.               :      Crim. No. 09-863

PETER VENTRICELLI,           :
MARK VENTRICELLI
```

## RESTITUTION ORDER

This matter having come before the Court for a determination of restitution; with Paul J. Fishman, United States Attorney for the District of New Jersey (by Joseph Mack, Assistant United States Attorney and V. Grady O'Malley, Senior Litigation Counsel) appearing, and also by the appearances of defendants' counsel, Arthur J. Abrams, Esq. and Gerald D. Miller, Esq. for PETER VENTRICELLI and MARK VENTRICELLI respectively;

It is on this 14th day of June, 2012 the ORDER of this Court that:

(1) The defendant, PETER VENTRICELLI, having been convicted of conspiring to affect commerce by way of extortion, shall make restitution to the victim of said crime in the amount of $21,000; no interest shall accrue on that amount; and,

(2) The defendant PETER VENTRICELLI shall participate in the Inmate Financial Responsibility Program and, while he remains in the custody of the Bureau of Prisons, shall make monthly payments of $25 toward the restitution amount owed; and,

(3) The defendant, MARK VENTRICELLI, who also pled guilty to conspiring to affect commerce by way of extortion, shall make no restitution payments pursuant to that conviction.

So **ORDERED**:

_____
HON. Stanley R. Chesler
United States District Judge