Abrams & Wofsy, Esqs.
255 Newark Avenue
Jersey City, New Jersey 07302
(201) 659-5500

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
HON. STANLEY R. CHESLER
CRIM. NO 09-863 (SRC)

UNITED STATES OF AMERICA  :

vs.  :

PETER VENTRICELLI,  :

Defendant.  :

**ORDER**

This matter being opened to the Court by Abrams & Wofsy, Esqs., attorneys for defendant, Peter Ventricelli, Arthur J. Abrams, Esq. with the consent of Paul J. Fishman, the United States Attorney for the District of New Jersey, (Assistant United States Attorney Joseph Mack, appearing) for an Order discharging the defendant's United States passport from the custody of United States Pre-Trial Services or the United States District Court Clerk's Office since defendant was sentenced on February 6, 2012 and the United States Attorney consenting thereto and good cause being shown:

IT IS on this 24 day of _____, 2012

ORDERED that Pre-Trial Services or the Clerk of the United States District Court return defendant Peter Ventricelli's United States passport to defendant or his attorney, Arthur J. Abrams, Esq. since Peter Ventricelli is presently confined to a Federal Correctional Institution.

Hon. Stanley R. Chesler
United States District Court Judge

I have no objection to the
form and entry of the within Order

Joseph Mack
Assistant United States Attorney