PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Peter Ventricelli

Cr.: 09-00863-002
PACTS #: 55294

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/06/2012

Original Offense: 18:1951.F; INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

Original Sentence: 24 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, No New Debt/Credit, Restitution - Money

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/13/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1   The offender was ordered to pay restitution in the amount of $21,000, joint and several, and an additional $21,000 independent of any other defendants. To date, the joint and several obligation has been paid in full and there remains a $20,200 balance for the obligation this offender is responsible for solely.

U.S. Probation Officer Action:
The offender has been compliant with all aspects of his supervision from its commencement. His term is scheduled to expire on December 12, 2016. He is aware of his continued obligation to make continued payments until the balance is paid in full and will cooperate with the United States Attorney's Office, Financial Litigation Unit, for future collections.

It should be noted that due to an error with the accounts which were linked to this offender, payments towards this specific obligation were not credited properly until February 25, 2016. The offender has not missed a single payment since that date when the accounts were rectified.

Respectfully submitted,
By: Shawn M Leakan
U.S. Probation Officer
Date: 11/07/2016



Prob 12A – page 2
Peter Ventricelli

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other: Allow the offender's term of supervised release to expire as scheduled on December 12, 2016 with his remaining payments to be monitored and collected by the Financial Litigation Unit.

_____
Signature of Judicial Officer

11/21/16
Date